Certificate Number: 12433-FLS-DE-033343372

Bankruptcy Case Number: 19-20376



12433-FLS-DE-033343372

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2019, at 8:08 o'clock PM EDT, Angel Antonio Cainzo completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   September 3, 2019           By:   /s/Lance Brechbill

                                    Name: Lance Brechbill

                                    Title: Teacher